FOREIGN AUTO PREPARATION SERVICE, INC. v. NEW
JERSEY ECONOMIC DEVELOPMENT AUTHORITY.

January 13, 1986.

Petition for certification denied.

FOREIGN AUTO PREPARATION SERVICE, INC. v. NEW
JERSEY ECONOMIC DEVELOPMENT AUTHORITY.

January 13, 1986.

Cross-petition for certification denied.

SELECTED RISKS INSURANCE CO. v. MARY PEREZ.

January 13, 1986.

Petition for certification denied.

DOROTHY A. BOEHME v. ROLLER RINKS INTERNATIONALE.

January 13, 1986.

Petition for certification denied.